

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-21-00420-CV

Juliann **CASTRO**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION** and Christopher Jones,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25646-CV
Honorable Daniel J. Kindred, Judge Presiding

## O R D E R

Appellant's reply brief was due on September 1, 2022. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed motion for a thirty-day extension of time to file the reply brief.

Appellant's motion is granted; the reply brief is due on October 3, 2022. *See id.* R. 38.6(d).

It is so **ORDERED** on this 2nd day of September, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court